# IN THE SUPREME COURT OF THE STATE OF NEVADA

JENNA SARAH KERRIGAN,
               Appellant,

vs.

JASON KERRIGAN,
               Respondent.

No. 71761

**FILED**

JAN 04 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.
Cherry

cc:    Hon. Cheryl B. Moss, District Judge, Family Court Division
        Joseph W. Houston, II
        Pengilly Law Firm
        Eighth District Court Clerk

---

[1]Appellant's request for release of the cost bond is denied without prejudice to appellant's right to move the district court for release of the bond. *See* NRAP 7 (indicating that a bond for costs on appeal is filed in the district court along with the notice of appeal).

17-00259